**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the matter of:

WALTER L. PARTRIDGE and
DEREK RYNBERG,
on Behalf of Themselves
and All Others Similarly Situated,

   Plaintiff,       Case No. 2:17-cv-10535
               Hon. Laurie J. Michelson

CAVALRY PORTFOLIO SERVICES, LLC,
CAVALRY SPV I, LLC and
WEBER & OLCESE, P.L.C.,

   Defendant(s).
_____/

**ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE**

The Plaintiff by and through counsel having agreed that good cause has been shown to dismiss the above-captioned matter;

IT IS THEREFORE ORDERED that the Plaintiffs' notice of dismissal with prejudice is hereby granted.

IT IS FURTHER ORDERED that the foregoing dismissal shall be issued with prejudice and without award of costs and/or attorneys' fees to either party, and will effectively resolve all pending claims between the parties and close the case.

                  s/Laurie J. Michelson
                  LAURIE J. MICHELSON
Dated: July 20, 2017           U.S. DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2017.

               s/Keisha Jackson
               Case Manager